Exh - A

## MEMORANDUM

Date: March 25, 2021
To: Those employed at the United States Courthouse, Aberdeen
Re: Public safety

    In case you did not read the recent memo from Chief Judge Lange to all judiciary employees in the District of South Dakota, I am furnishing you with a copy. I fully endorse what Judge Lange says in the memo. My views may be even stronger than what Judge Lange has expressed. The first step is for me to inquire whether each person working in the Aberdeen building has taken both vaccinations. In the alternative do you have a vaccination scheduled and, if so, when and where? I expect each person to reply in writing to this memo and promptly.

    We are not talking about politics or conspiracy theories. We are talking about science and protecting all of us who serve the public here as well as the jurors, lawyers and parties who come to this building. If you are refusing to take the vaccines, I want to know that so I can decide what further action is required on my part. I hope we will all act in a responsible manner as I am not looking for confrontations.

    Those of us who have had the vaccinations possess a document called, I believe, a vaccination passport. That will soon be required for a person to have access to the courthouse as well as traveling by airline and entrances to any other federal building.

    I look forward to hearing from you. Thank you for your attention to this matter.

*Charles B. Kornmann*
CHARLES B. KORNMANN
United States Courthouse
102 4th Ave. SE, Suite 408
Aberdeen, SD 57401
605-377-2600

cc: Chief Judge Lange
    Judge Piersol
    Judge Schreier
    Judge Viken
    Clerk's office, Sioux Falls and Pierre

6A