EXH. C

**PHONE CALL**

FOR: Judge Koranen
DATE: 5/10
TIME: 2:12 P.M.

M: Steve Houghtaling
OF: 
PHONE: 605-220-2391

[X] PHONED
[X] PLEASE CALL

SIGNED: Barb Poepke

UNIVERSAL 48003