

# RICHARD CONKLIN

rconklinrc@gmail.com  /  H: 605-380-4178
2710 Pheasant Run Blvd., Aberdeen, SD 57401

## MEDICAL STAFF APPOINTMENTS

- **1992-2020** Chief of Internal Medicine-Avera St. Luke's
- **2013-2020** Chairman of Avera Oncology Clinical Quality Review Team
- **2013-2020** Cancer Service Line Committee member
- **1992-2020** Avera St. Luke's Medical Executive Committee member

## EXPERIENCE

**Medical Oncologist/Hematologist** / Avera St. Luke's - Aberdeen, SD         *12/2012 - Current*

- Coordination and delivery of care for hematologic and oncologic patients in the Northeast region of South Dakota
- Facilitated and coordinated clinical research studies in the field of oncology.

**Medical Oncologist/Hematologist-Private Practice** / Conklin Regional Cancer Center - Aberdeen, SD

*12/1989 - 12/2012*

- Developed a 20 chair outpatient infusional therapy center for patients receiving high-risk infusions.
- Provided oncologic and hematologic care to patients in the Northeast region of South Dakota

## EDUCATION AND TRAINING

Oklahoma University Health Science Center - Oklahoma City, OK         *1989*
**M.D.**: Oncology/Hematology Fellowship

Oklahoma University Health Science Center - Oklahoma City, OK         *1986*
**M.D.**: Internal Medicine Residency

Vanderbilt University Medical School - Nashville, TN         *1983*
Doctor of Medicine         *1979*

Syracuse University - Syracuse, NY

**Bachelor of Science**: Biology/Chemistry

**Emergency Room Physician** / Comanche Memorial Hospital - Lawton, OK    *02/1984 - 08/1989*

## ACTIVITIES AND HONORS

- 1976 Wiley Award for Organic Chemistry
- 1987 Oncology Fellow Award

## CERTIFICATIONS

- National Board of Medical Examiners Part I, II, III
- American Board of Internal Medicine
- ABIM Medical Oncology Board Certified
- ABIM Hematology Board eligible

## LICENSURE

- South Dakota License#2823
- North Dakota

## HOSPITAL AFFILIATIONS

- Avera Health System
- Mobridge Regional Health Care
- Milbank Area Hospital
- Faulkton Area Medical Center
- Marshall County Health Care Center
- Redfield Community Memorial Hospital

## RESEARCH

- 1990-Present: Member of NRG and investigator for NCI CALGB/Alliance
- 1976-1979: Syracuse University Biology Lab-Paul Simon, PhD
- 1989: Flow Cytometric analysis megakaryocytes from patients with abnormal platelet counts-
  Samual Burstein, MD

## PUBLICATIONS

Simon P, Burlingham W, Conklin R, Fondy T: N-bromacetyl-D-glucosamine tetra-o-acetate and Nbromacetyl-D-galactosamine tetra-o-acetate as Chemotherapeutic agents with immunopotentiating
Effects in Ehrlich ascites tumor bearing mice. Cancer Research 1979, 39:3897-3902
Tomer A, Friese P, Conklin R, Bales W, Archer L, Harker LA, Burstein SA: Flow cytometric analysis of megakaryocytes from patients with abnormal Platelet counts. Blood 72 (Suppl): 341a, 1988
Tomer A, Friese P, Conklin R, Bales W, Archer L, Harker LA, Burstein SA: Flow cytometric analysis of megakaryocytes from patients with abnormal platelet counts. Blood 74: 594, 1989
Conklin RJ, Tomer A, Friese P, Bales W, Burstein SA: Flow cytometric analysis of megakaryocytes (Mks) from patients with platelet disorders. In "Megakaryocytes: Cellular and Molecular Biology." Alan R Liss, New York 1990