1. The Value of Vaccines

"The concept of protective immunity existed long before as suggested by ancient Chinese custom of making children resistant to smallpox by having them inhale powders made from the skin lesions of patients recovering from the disease. Jenner, an English physician noticed that milk maids who had recovered from the cowpox never contracted the more serious smallpox. On the basis of this observation, he injected the material from a cowpox pustule into the arm of an 8-year-old boy. When the boy was later internally inoculated with smallpox the disease did not develop. Dr. Jenner's landmark treatise vaccination (Latin vaccinus of or from cows) was published in 1798. It led to the widespread acceptance of this method for inducing immunity to infectious diseases and vaccination remains the most effective method for preventing infections. An eloquent testament to the importance of immunology was the announcement by the World Health Organization (WHO) in 1980 that smallpox was the first disease that had been eradicated worldwide by a vaccination program". (Abbas, Lichtman & Pillai, 2015).

Chapter 1 – Properties and Overview of Immune Responses

**TABLE 1-1  Effectiveness of Vaccines for Some Common Infectious Diseases**

| Disease | Maximum Number of Cases (Year) | Number of Cases in 2009 | Percentage Change |
|---|---|---|---|
| Diphtheria | 206,939 (1921) | 0 | −99.99 |
| Measles | 894,134 (1941) | 61 | −99.99 |
| Mumps | 152,209 (1968) | 982 | −99.35 |
| Pertussis | 265,269 (1934) | 13,506 | −94.72 |
| Polio (paralytic) | 21,269 (1952) | 0 | −100.0 |
| Rubella | 57,686 (1969) | 4 | −99.99 |
| Tetanus | 1,560 (1923) | 14 | −99.10 |
| Haemophilus influenzae type B | ~20,000 (1984) | 25 | −99.88 |
| Hepatitis B | 26,611 (1985) | 3,020 | −87.66 |

This table illustrates the striking decrease in the incidence of selected infectious diseases in the United States for which effective vaccines have been developed. Data from Orenstein WA, Hinman AR, Bart KJ, Hadler SC: Immunization. In Mandell GL, Bennett JE, Dolin R (eds.): *Principles and practices of infectious diseases*, 4th ed. New York, 1995, Churchill Livingstone; and *Morbidity and Mortality Weekly Report* 58:1458–1469, 2010.

2. The Efficacy of the COVID-19 Vaccine
    A. The Pfizer vaccine (BNT162b2 mRNA) is a "Two dose regimen of BNT162b2 conferred 95% protection against COVID 19 in persons 16 years of age or older. Safety over a median of 2 months was similar to that of other viral vaccines". (New England Journal of Medicine, 2020).
    B. The Moderna vaccine (Mrna-1273 SARS COV2) "The mRNA 1273 showed 94.1% efficacy at preventing COVID illness including severe disease aside from transient local or systemic reactions, no safety concerns were identified" (New England Journal of Medicine, 2021).
3. The Method of Transmission
    A. "When the virus travels in respiratory droplets when an infected person coughs, sneezes, talks, sings or breathes near you (within six feet). This is thought to be the main way COVID-19 is spread" (Cleveland Clinic, 2020).
    B. "When the virus travels in small respiratory droplets that linger in the air for minutes to hours from an infected person who is more likely to occur in enclosed spaces with poor ventilation" (Cleveland Clinic, 2020).
    C. "From close contact (touching, shaking hands) with an infected person" (Clevland Clinic, 2020).
    D. "By touching surfaces that the virus has landed on, then touching your eyes, mouth, or nose before washing your hands (not thought to spread easily by this method)" (Cleveland Clinic, 2020).
    E. "What IS known is that people infected with COVID-19 can spread the virus to others before experiencing symptoms themselves (while people are still "asymptomatic"). Once you do have symptoms, the Center for Disease Control (CDC) says you are no longer contagious 10 days after your symptoms began" (Cleveland Clinic, 2020).
    F. "This so-called "incubation period", the time between becoming infected and showing symptoms, can range from two to 14 days. The average time before experiencing symptoms is five days. Symptoms can range in severity from very mild to severe. In about 80% of patients, COVID-19 causes only mild symptoms" (Clevland Clinic, 2020).
    G. "People who have had close contact with a person who has a laboratory-confirmed or a suspected case of the COVID-19 virus. Close contact is defined as being within six feet of an infected person for a *cumulative* total of 15 minutes or more over a 24-hour period" (Clevland Clinic, 2020).
    H. "On October 5, 2020, the CDC updated their COVD-19 webpage to say that there is growing evidence that COVID-19 infection can occur form airborne exposure to the virus under certain circumstances. Cases of transmission from people more that 2 meters apart have occurred but in enclosed spaces with poor ventilation, and typically with extended exposure to an infected person of more than 30 minutes. The CDC have been clear to point out that most infections are spread through close contact and that airborne transmission is not the primary route of transmission" (The Lancet, 2020).

4. Method of Prevention
    A. Wear your mask.
    B. Stay socially distant.
    C. Keep washing your hands.

   D. Keep holiday gatherings small.

5. Environmental Risks (Ventilation)
   A. "An important approach to lowering the concentrations of indoor air pollutants or contaminants including any viruses that may be in the air is to increase ventilation - the amount of outdoor air coming indoors. Ensuring proper ventilation with outside air can help reduce the concentration of airborne contaminants, including viruses, indoors. However, by itself, increasing ventilation is not enough to protect people from COVID-19" (EPA, 2021).
   B. Cruise Ships
      a. "Eighty-one percent of COVID patients on cruise ships were asymptomatic" (Jefferson & Heneghay, 2020).
      b. "128 passengers and 95 crew were screened for COVID-19 symptoms including body temperatures before boarding no passengers from South East Asia were allowed onboard. The first severe case appeared on day eight. On day 20, 214 passengers and crew were tested and 59% were positive" (Jefferson & Heneghay, 2020).
   C. Nursing homes
      a. Residents showed 26% rate of infection (Jama, 2021).
      b. Staff showed 50% rate of infection (Jama, 2021).
   D. Prisons
      a. Cumulative rate per 100,000 people for U.S. population was 500 (Jama, 2020).
      b. for prisons it was over 3,000 (Jama, 2020).



Figure. Trends in Cumulative Coronavirus Disease 2019 (COVID-19) Confirmed Case Rate per 100 000 People for Prison and US Populations

Data are from the UCLA Law COVID-19 Behind Bars Data Project and the US Centers for Disease Control and Prevention.[3,4] The US population is 327 167 439 and the US prison population is 1 295 285.

   E. Recommendations for ventilation:

    a. "Increase outdoor air ventilation (use caution in highly polluted areas); with a lower population in the building, this increases the effective dilution ventilation per person" (ASHRAE Journal, 2020).
    b. "Disable demand-controlled ventilation (DCV)" (ASHRAE Journal, 2020).
    c. "Further open minimum outdoor air dampers, as high as 100%, thus eliminating recirculation (in the mild weather season, this need not affect thermal comfort or humidity, but clearly becomes more difficult in extreme weather" (ASHRAE Journal, 2020).
    d. "Keep systems running longer hours, if possible 24/7 to enhance the two actions above" (ASHRAE Journal, 2020).
    e. "Consider portable room air cleaners with HEPA filters" (ASHRAE Journal, 2020).
    f. "Consider UVGI (ultraviolet germicidal irradiation), protecting occupants form radiation, particularly in high-risk spaces such as waiting rooms, prisons and shelters". (ASHRAE Journal, 2020).
    g. It is likely that the ventilation system in an older building such as our Federal Courthouse is not sufficient. For example, a waiting room in an emergency department, would require a minimum total air change per hour of 12 or 23-35 minutes remove 99.9% of the contaminants (CDC, 2003).

6. Age stratified Risk of Death or Hospitalization from COVID-19 Infection
   A. Risk of death over the age of 75-year-old (CDC, 2021)
      a. 3,200 x that of 17 years
      b. 71 x that of a 30-39 year-old
      c. 24x that of a 40-49 year-old
      d. 7.27x that of a 50-64 year-old

 Centers for Disease Control and Prevention 

## COVID-19

# Risk for COVID-19 Infection, Hospitalization, and Death By Age Group

Updated Feb. 18, 2021     Print

## Rate ratios compared to 5- to 17-year-olds[1]

|  | 0-4 years old | 5-17 years old | 18-29 years old | 30-39 years old | 40-49 years old | 50-64 years old | 65-74 years old | 75-84 years old | 85+ years old |
|---|---|---|---|---|---|---|---|---|---|
| Cases[2] | <1x | Reference group | 2x | 2x | 2x | 2x | 1x | 1x | 2x |
| Hospitalization[3] | 2x | Reference group | 6x | 10x | 15x | 25x | 40x | 65x | 95x |
| Death[4] | 2x | Reference group | 10x | 45x | 130x | 440x | 1,300x | 3,200x | 8,700x |

All rates are relative to the 5- to 17-year-old age category. Sample interpretation: Compared with 5- to 17-year-olds, the rate of death is 45 times higher in 30- to 39-year-olds, and 8,700 times higher in those who are 85-plus.

B.  95% of American killed by COVID-19 were 50 years-old or older (AARP, 2021)



In summary, it is well established in medicine that vaccinations decrease the morbidity and mortality related to infectious diseases. COVID-19 vaccinations, likewise, decreased the death rate, hospitalization rate, and long-term sequalae of an acute infection. Non-vaccinated people, even with the best preventative measures, can transmit the infection at a higher rate than vaccinated people. Even though death rate may be low, the are potential exposing and causing an increase in medical costs, long-term pain and suffering and death of others. Those in the field who have high exposure rates (nursing home personnel, prisoners, transportation services, medical caregivers) should and do vaccinate to decrease harm to those they care for and protect. We need to vaccinate to protect everyone but especially those who are greater than 65 years old. A simple prick of a needle saves lives. Nearly 600,000 Americans have died from this virus if that population were vaccinated only 30,000 would have died.

# References

AARP. (2021, April 1). *95 Percent of Americans Killed by COVID-19 Were 50 or Older*. Retrieved from American Association of Retired Persons: http://www.aarp.org

Abbas, L. &. (2015). *Cellualr and Molecular Immunology*. Elsevier Saunders.

ASHRAE Journal. (2020, May). *Guidance for Building Operations During the COVID-19 Pandemic*. Retrieved from American Society of Heating, Refrigerating and Air-Conditioning Engineers: ASHRAE.org

CDC. (2003). *Guidelines for Environmental Infection Conteol in Health-Care Facilities (2003)*. Retrieved from Center for Disease Control and Prevention: www.cdc.gov

CDC. (2021, Feb 18). *Risk for COVID-19 Infection, Hospitalization, and Death by Age Group*. Retrieved from Center for Disease Control and Prevention: www.cdc.gov

Cleveland Clinic. (2020). *Coronavirus Disease (COVID-19): What is it, Symptoms, Causes & Prevention*. Retrieved from Clevelandclinic.org: http://my.clevlandclinic.org/health.diseases

EPA. (2020). *Ventilation and Coronavirus*. Retrieved from United States Environmental Protection Agency: http://www.epa.gov/coronavirus/ventilation-and-coronavirus-covid-19

JAMA. (2020, August 11). COVID-19 Cases fand Deathes in Federal and State Prisons. *Journal of American Medical Association, 324*(6), 602-603.

JAMA. (2021). Estimation of Tramission of COVID-19 in Simulated Nursing Homes with Frequent Testing and Immunity-Based Staffing. *Jouranl of American Medical Association*, 1-13.

Jefferson, T. &. (2020, June 17). *COVID-19 Transmission Amongst Cruise Ship Passangers*. Retrieved from The Center for Evidence Based Medicine: www.CEBM.net

Macmillian, C. &. (2020). *The 12 Best COVID-19 Prevention Strategies*. Retrieved from Yale Medicine: http://www.yalemedicine.org

New England Journal of Medicine. (2021). Safety, Immunogenicity, and Efficacy of the BNT 162b2 COVID-19 Vaccine. *New England Jouranl of Medicine*.

The Lancet. (2020). *COVID-219 Transmission-up in the air*. Retrieved from The Lancet Respiratory Medicine: http://www.thelancet.com/journals