UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| IN RE CONTEMPT SANCTIONS AGAINST JOHN KILGALLON, Chief of Staff for the United States Marshals Service, DANIEL C. MOSTELLER, United States Marshal for the District of South Dakota, and STEPHEN HOUGHTALING, Chief Deputy United States Marshal for the District of South Dakota, individually and in their official capacities, <br><br> Defendants. | 21-MC-01-CBK <br><br><br> **NOTICE OF APPEARANCE** |

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Ronald A. Parsons, Jr. of the law firm of Johnson, Janklow, Abdallah & Reiter, L.L.P., enters his appearance on behalf of Defendant John Kilgallon, individually, in the above matter. All further notices and pleadings should be sent to the above-mentioned at the address below.

Dated this 17th day of June, 2021.

JOHNSON, JANKLOW,
ABDALLAH & REITER, L.L.P.

BY  /s/  Ronald A. Parsons, Jr.
Ronald A. Parsons, Jr.
P.O. Box 2348
Sioux Falls, SD 57101-2348
(605) 338-4304
(ron@janklowabdallah.com)

*Attorneys for Defendant John Kilgallon*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Appearance** was served by e-mail (via CM/ECF and/or regular e-mail) upon the following individuals:

>Attorneys for Official Capacity Defendants
>Joshua E. Gardner
>United States Department of Justice
>*joshua.e.gardner@usdoj.gov*
>
>Attorneys for Individual Capacity Defendants
>Leah B. Taylor
>United States Department of Justice
>*leah.b.taylor@usdoj.gov*
>
>Attorneys for Defendant Daniel C. Mosteller
>Marty J. Jackley
>Gunderson, Palmer, Nelson & Ashmore, L.L.P.
>*mjackley@gpna.com*
>
>Acting United States Attorney for the District of South Dakota
>Dennis R. Holmes
>*dennis.holmes@usdoj.gov*

Dated this 17th day of June, 2021.

                                                         /s/ Ronald A. Parsons, Jr.
                                                       Ronald A. Parsons, Jr.