UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| IN RE CONTEMPT SANCTIONS AGAINT JOHN KILGALLON, Chief of Staff for the United States Marshals Service, DENIEL C. MOSTELLER, United States Marshal for the District of South Dakota, and STEPHEN HOUGHTALING, Chief Deputy United States Marshal for the District of South Dakota, individually and in their official capacities,<br><br>Defendants. | CASE NO. 21-CR-10023<br><br>NOTICE OF RECUSAL |

Dennis R. Holmes, Acting United States Attorney for the District of South Dakota, notifies and informs the Court that Bradley Weinsheimer, Associate Deputy Attorney General, has recused the entire United States Attorney's Office for the District of South Dakota from the investigation and potential prosecution ordered to be conducted by this Court in its Order of June 15, 2021 based upon existing conflicts of interest and the appearance of conflicts of interest pertaining to the matter.

The matter has been assigned to the Department of Justice, Criminal Division, Public Integrity Section, pursuant to 28 U.S.C § 515. Attorneys from the Public Integrity Section will file the response of the United States to the Order of June 15, 2021.

Dated this 17th day of June, 2021.

                                      DENNIS R. HOLMES
                                      Acting United States Attorney

                                      <u>/s/ Dennis R. Holmes</u>
                                      Dennis R. Holmes
                                      Acting United States Attorney
                                      PO Box 2638
                                      325 1st Ave, Suite 300
                                      Sioux Falls, South Dakota 57101
                                      Telephone: (605) 330-4400
                                      E-mail: Dennis.Holmes@usdoj.gov