UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL C. MOSTELLER, United States Marshal for the District of South Dakota, STEPHEN HOUGHTALING, Chief Deputy United States Marshal for the District of South Dakota, and JOHN KILGALLON, Chief of Staff for the United States Marshals Service,<br><br>Defendants. | Case No. 1:21-CR-10023 |

## MOTION TO APPEAR ON BEHALF OF THE UNITED STATES

Pursuant to D.S.D. Crim. LR 44.1(F), the United States moves for the admission of its attorney, Jennifer A. Clarke, to this Court's Bar for the pendency of the above-captioned case. Ms. Clarke is a non-resident attorney, not licensed to practice in South Dakota, whose office is in Washington, DC. She has been appointed by the Attorney General of the United States as a Deputy Chief for the United States Department of Justice, Criminal Division, Public Integrity Section. Ms. Clarke is a member in good standing of the Virginia Bar. Upon admission, she will participate in all proceedings of this case pursuant to the Local Rules of Practice in the District of South Dakota, subject to the rules of professional conduct as applied to members of the State Bar of South Dakota.

Notice is further given that all papers and documentation in said action are to be served upon the undersigned, Jennifer A. Clarke, as counsel for the United States.

Dated this 17th day of June, 2021.

                Respectfully submitted,

                NICHOLAS MCQUAID
                ACTING ASSISTANT ATTORNEY GENERAL
                CRIMINAL DIVISION

                *Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515*

By:    */s/ Jennifer A. Clarke*
        Jennifer A. Clarke
        Deputy Chief
        United States Department of Justice
        Criminal Division
        Public Integrity Section
        1331 F Street NW
        Washington, DC 20004
        Telephone: (202) 329-0518
        Email: Jennifer.Clarke2@usdoj.gov