UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL C. MOSTELLER, United States Marshal for the District of South Dakota, STEPHEN HOUGHTALING, Chief Deputy United States Marshal for the District of South Dakota, and JOHN KILGALLON, Chief of Staff for the United States Marshals Service,<br><br>Defendants. | Case No. 1:21-CR-10023 |

## NOTICE OF THE UNITED STATES DEPARMENT OF JUSTICE REGARDING DECISION TO DECLINE PROSECUTION

The United States Attorney's Office for the District of South Dakota having been recused from the investigation and potential prosecution ordered by this Court in its Order of June 15, 2021, this matter has been assigned to the United States Department of Justice, Criminal Division, Public Integrity Section, pursuant to 28 U.S.C. § 515.  *See* ECF No. 26.  Following careful consideration of the Court's June 15, 2021 Order, the Department of Justice notifies the Court that it respectfully declines to accept this matter for prosecution.

Dated this 17th day of June, 2021.

        Respectfully submitted,

        NICHOLAS MCQUAID
        ACTING ASSISTANT ATTORNEY GENERAL
        CRIMINAL DIVISION

        *Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515*

By:   */s/ Celia R. Choy*
       Celia R. Choy (*Motion for Admission pending*)
       Trial Attorney
       United States Department of Justice
       Criminal Division
       Public Integrity Section
       1331 F Street NW
       Washington, DC 20004
       Telephone: (202) 875-1557
       Email: celia.choy@usdoj.gov