UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION


FILED
JUN 21 2021

| UNITED STATES OF AMERICA, | 1:21-CR-10023 (01)(02)(03)-CBK |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOHN KILGALLON, DANIEL C. MOSTELLER and STEPHEN HOUGHTALING, | |
| Defendants. | |

The United States Department of Justice filed motions to appear on behalf of the United States for Celia R. Choy and Jennifer A. Clarke, Docs. 27 and 28. Following the filing of those two motions, the United States Department of Justice filed notice to decline prosecution, Doc. 29. Now, therefore,

IT IS ORDERED that the motions to appear on behalf of the United States for Celia R. Choy and Jennifer A. Clarke, Docs. 27 and 28, are denied as moot.

DATED this 21st day of June, 2021.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge