# Charles Bruno Kornmann

**From:** Mosteller, Daniel (USMS) <Daniel.Mosteller@usdoj.gov>
**Sent:** Tuesday, May 04, 2021 1:52 PM
**To:** Charles Bruno Kornmann
**Subject:** RE: Aberdeen Courtroom Status



**CAUTION - EXTERNAL:**

Sir,

I thank you for the timely response and clarification.

Take care,

Dan

---

**From:** Charles Bruno Kornmann <Charles_Kornmann@sdd.uscourts.gov>
**Sent:** Tuesday, May 4, 2021 11:49 AM
**To:** Mosteller, Daniel (USMS) <DMosteller@usms.doj.gov>
**Subject:** RE: Aberdeen Courtroom Status

It does not apply to defs.  Applies to CJA attorneys, AUSA's, Marshal personnel, probation officers, and to anyone else except persons who request an exception with good reasons to do so.

---

**From:** Mosteller, Daniel (USMS) <Daniel.Mosteller@usdoj.gov>
**Sent:** Tuesday, May 4, 2021 11:18 AM
**To:** Charles Bruno Kornmann <Charles_Kornmann@sdd.uscourts.gov>
**Cc:** Roberto Lange <Roberto_Lange@sdd.uscourts.gov>; stephen.houghtaling_usdoj.gov <stephen.houghtaling@usdoj.gov>
**Subject:** Aberdeen Courtroom Status

**CAUTION - EXTERNAL:**

Dear Judge Kornmann,

Good morning.  I hope this email finds you doing well.

I was advised by the Aberdeen CSO staff that during a recent phone conversation you stated that no unvaccinated CSO or attorney will be allowed into your courtroom.  In an effort to be best prepared for your return to the Aberdeen courtroom, do you anticipate such a restriction applying to USMS personnel, USMS part-time contract personnel and defendants?  I want to ensure that I am working from the same sheet of music as you and can be prepared to provide the best possible service for the Court, given the parameters within which I must work.

Thank you kindly for any information you can share.

Very Respectfully,

USA 097

Dan

**Daniel C. Mosteller**
*United States Marshal*
*District of South Dakota*
400 S. Phillips Avenue
Sioux Falls, SD 57104
**Office: 605-330-4351**
**Cell: 605-390-7219**



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

USA 098