

110 N. Minnesota Ave , Suite 400
Sioux Falls, SD 57104
Phone (605) 332-5999 • Fax (605) 332-4249

909 Saint Joseph Street, Suite 800
Rapid City, SD 57701
Phone (605) 342-2592 • Fax (605) 342-5185

311 N. 27th Street, Suite 4
Spearfish, SD 57783
Phone (605) 722-9000 • Fax (605) 722-9001

REPLY TO: Rapid City Office
*From the offices of Cassidy M. Stalley*
e-mail address:  cstalley@lynnjackson.com
Sender's Direct Line: 605-791-6488

September 29, 2021

**VIA E-MAIL ONLY (scott@janklowabdallah.com)**
Mr. Scott A. Abdallah
Johnson, Janklow, Abdallah & Reiter LLP
101 South Main Avenue, Suite 100
PO Box 2348
Sioux Falls, SD 57101-2348

**VIA E-MAIL ONLY (mjackley@gpna.com)**
Mr. Marty J. Jackley
Gunderson, Palmer, Nelson & Ashmore, LLP
111 W. Capitol Avenue, Suite 230
Pierre, SD 57501

**VIA E-MAIL ONLY (ron@janklowabdallah.com)**
Mr. Ronald A. Parsons, Jr.
Johnson, Janklow, Abdallah & Reiter, LLP
PO Box 2348
Sioux Falls, SD 57101-2348

Re:   U.S. v Kilgallon, et al.
      Court File No. 1:21-cr-10023-BCB
      Our File No. 210119-00001

Dear Counsel:

Enclosed please find the subpoenas that were served today regarding Mr. Houghtaling and Mr. Mosteller's cell phone records.

Lynn, Jackson, Shultz & Lebrun, P.C.

EXHIBIT A

Mr. Scott A. Abdallah
Mr. Marty J. Jackley
Mr. Ronald A. Parsons, Jr.
September 29, 2021
Page 2

We will provide you with copies of the information we receive.

Sincerely,

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

Cassidy M. Stalley

CAS:smb
Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KILGALLON, DANIEL C. MOSTELLER and STEPHEN HOUGHTALING,<br><br>Defendants. | Case No. 1:21-cr-10023-BCB<br><br><br>**SUBPOENA DUCES TECUM TO VERIZON WIRELESS** |

TO:    Verizon
        Attn: VSAT
        180 Washington Valley Road
        Bedminster, NJ 07921
        Fax: 1.888.667.0028

You are hereby commanded and required to produce to the law offices of Lynn, Jackson, Shultz & Lebrun, P.C., 909 Saint Joseph Street, Suite 800, Rapid City, SD 57701, on or before October 13, 2021, by 5:00 p.m., the following named document now in your custody, under your control, or retained by your company and/ or agents or employees:

1. A list or report of all incoming and outgoing calls, call detail, text messages, picture detail, and internet sessions for cellular telephone number (605)▮▮▮▮▮▮▮, from March 1, 2021 to May 12, 2021, including the times of usage initiated and duration of use.

**ISSUED** this 29th day of day of September, 2021, on behalf of the Honorable Brian C. Buescher of the United States District Court, District of South Dakota, Northern Division.

Dated this 29th day of September, 2021.

                              LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

                              By:  */s/ Cassidy M. Stalley*
                                    Cassidy M. Stalley
                                    Thomas G. Fritz
                                    Special Prosecutor for the United States of America
                                    909 St. Joseph Street, Suite 800
                                    Rapid City, SD 57701-3301
                                    (605) 342-2592
                                    cstalley@lynnjackson.com
                                    tfritz@lynnjackson.com

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I sent to:

Verizon
Attn: VSAT
180 Washington Valley Road
Bedminster, NJ 07921
Fax: 1.888.667.0028

by facsimile transmission, a true and correct copy of the **Subpoena Duces Tecum to Verizon Wireless** relative to the above-entitled matter.

The undersigned further certifies that on September 29, 2021, I caused the foregoing document to be served electronically via e-mail upon the following:

| | |
|---|---|
| Mr. Ronald A. Parsons, Jr. | Mr. Scott A. Abdallah |
| Johnson, Janklow, Abdallah & Reiter, LLP | Johnson, Janklow, Abdallah & Reiter LLP |
| PO Box 2348 | PO Box 2348 |
| Sioux Falls, SD 57101-2348 | Sioux Falls, SD 57101-2348 |
| ron@janklowabdallah.com | scott@janklowabdallah.com |

Mr. Marty J. Jackley
Gunderson, Palmer, Nelson & Ashmore, LLP
111 W. Capitol Avenue, Suite 230
Pierre, SD 57501
mjackley@gpna.com

                                          */s/ Cassidy M. Stalley*
                                          Cassidy M. Stalley

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KILGALLON, DANIEL C. MOSTELLER and STEPHEN HOUGHTALING,<br><br>Defendants. | Case No. 1:21-cr-10023-BCB<br><br><br>**SUBPOENA DUCES TECUM TO VERIZON WIRELESS** |

TO:   Verizon
      Attn: VSAT
      180 Washington Valley Road
      Bedminster, NJ 07921
      Fax: 1.888.667.0028

You are hereby commanded and required to produce to the law offices of Lynn, Jackson, Shultz & Lebrun, P.C., 909 Saint Joseph Street, Suite 800, Rapid City, SD 57701, on or before October 13, 2021, by 5:00 p.m., the following named document now in your custody, under your control, or retained by your company and/ or agents or employees:

1. A list or report of all incoming and outgoing calls, call detail, text messages, picture detail, and internet sessions for cellular telephone number (605) ▮▮▮▮▮▮▮, from March 1, 2021 to May 12, 2021, including the times of usage initiated and duration of use.

**ISSUED** this 29th day of day of September, 2021, on behalf of the Honorable Brian C. Buescher of the United States District Court, District of South Dakota, Northern Division.

Dated this 29th day of September, 2021.

                    LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

                    By: */s/ Cassidy M. Stalley*
                        Cassidy M. Stalley
                        Thomas G. Fritz
                        Special Prosecutor for the United States of America
                        909 St. Joseph Street, Suite 800
                        Rapid City, SD 57701-3301
                        (605) 342-2592
                        cstalley@lynnjackson.com
                        tfritz@lynnjackson.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2021, I sent to:

Verizon
Attn: VSAT
180 Washington Valley Road
Bedminster, NJ 07921
Fax: 1.888.667.0028

by facsimile transmission, a true and correct copy of the **Subpoena Duces Tecum to Verizon Wireless** relative to the above-entitled matter.

The undersigned further certifies that on September 29, 2021, I caused the foregoing document to be served electronically via e-mail upon the following:

| | |
|---|---|
| Mr. Ronald A. Parsons, Jr. | Mr. Scott A. Abdallah |
| Johnson, Janklow, Abdallah & Reiter, LLP | Johnson, Janklow, Abdallah & Reiter LLP |
| PO Box 2348 | PO Box 2348 |
| Sioux Falls, SD 57101-2348 | Sioux Falls, SD 57101-2348 |
| ron@janklowabdallah.com | scott@janklowabdallah.com |

Mr. Marty J. Jackley
Gunderson, Palmer, Nelson & Ashmore, LLP
111 W. Capitol Avenue, Suite 230
Pierre, SD 57501
mjackley@gpna.com

<u>/s/ Cassidy M. Stalley</u>
Cassidy M. Stalley

3