IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN KILGALLON, DANIEL C. MOSTELLER, AND STEPHEN HOUGHTALING,<br><br>　　　　　　Defendants. | 1:21-CR-10023<br><br>**JUDGMENT** |

　　　In accordance with the Court's Memorandum and Order of this date, all charges in this case are dismissed. It is ordered that judgment is hereby entered accordingly, and the defendants are discharged as to all counts.

　　　Dated this 10th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　United States District Judge